Commercial Bank v. Catharina Brandt et al.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. All concurred.

The Mutual Life Insurance Company of New York, Respondent, v. The Yates County National Bank of Penn Yan, Appellant, Impleaded with Others.— It appearing to the satisfaction of a majority of this court that two of its members are disqualified from sitting in this case by reason of the fact that they are policyholders in the plaintiff company, it is hereby directed that the case be certified to the third judicial department, in accordance with section 231 of the Code of Civil Procedure.

In the Matter of the Application of Eugene Sullivan for an Order for a Special Town Meeting in the Town of Volney, Oswego County, N. Y., under the Provisions of Section 16 of the Liquor Tax Law.— In consequence of the amendment to section 16 of the Liquor Tax Law by chapter 367 of the Laws of 1900, and owing to the fact that the special election directed by the order appealed from has been held, with like result as the alleged irregular biennial election, the questions presented by this appeal are no longer of practical importance. The appeal is, therefore, dismissed, but as respondent did not appear, without costs. All concurred.

M. J. Wilson, Appellant, v. Emmett A. Foster and Mary A. Foster, Respondents.— Judgment affirmed, with costs. All concurred.

John Clare, Respondent, v. Lucius F. Adams and Another, Appellants.— Judgment affirmed, with costs. All concurred.

Anna E. Hoolahan, as Administratrix, etc., of Michael J. Hoolahan, Respondent, v. George Goetz and Michael Hausauer, Appellants.— Judgment and order affirmed, with costs. All concurred. Laughlin, J., not sitting.

Solar Carbon and Manufacturing Company, Respondent, v. Mathieson Alkali Works, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw its demurrer and answer upon payment of the costs of the action and of this appeal. All concurred. Laughlin, J., not sitting.

Wolf M. Elsner, Respondent, v. John W. Leech and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred. Laughlin, J., not sitting.

Marcus Sucher and Maria Sucher, Appellants, v. John Scheible, Respondent.— Judgment and order of County Court affirmed, with costs. All concurred.

John C. Kern, as Administrator, etc., Plaintiff, v. The Lehigh Valley Railroad Company, Defendant.— Plaintiff's exceptions overruled and motion denied, with costs, and judgment ordered for the defendant on the verdict, with costs. All concurred. Spring, J., not sitting.

Blanche Andrus, Respondent, v. The Town of Olean, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edward R. C. Clarkson v. Western Assurance Company.—Motion to amend judgment and order granted upon payment by the defendant of ten dollars costs of this motion, and also upon the defendant's stipulating that the appellant may withdraw his appeal to the Court of Appeals at any time within thirty days, and in case the plaintiff elects so to do, upon payment of the plaintiff's costs and disbursements in the Court of Appeals; and also upon condition that the defendant shall stipulate that if the plaintiff elects to take a new trial the plaintiff may be permitted to read from the stenographer's minutes taken on the last trial the evidence of any witness examined thereupon. All concurred.

Jesse Kring, an Infant, by Lizzie A. Kring, his Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Motion denied, with ten dollars costs. All concurred.

Peter R. Wright, Appellant, v. The F. P. Little Electrical Construction and Supply Company, Respondent. — Judgment affirmed, with costs. All concurred.

Mary A. Hilderbrandt, Plaintiff, v. Rochester Trust and Safe Deposit Company, as Administrator, etc., of Margaret Ulrich, Deceased, Defendant.—Plaintiff's exceptions sustained and motion for a new trial granted, with costs to the plaintiff to abide event. *Held*, that under the evidence in the case the question as to whether there was an express contract upon the part of the defendant's intestate to pay the plaintiff for at least some of the services rendered by her, was a question for the jury. All concurred.

Mary L. Flieh, an Infant, by Augustus Flieh, her Guardian ad Litem, Appellant, v. Charles S. Averill and G. Fred Gregory, Respondents.—Judgment and order affirmed, with costs. All concurred. McLennan, J., not sitting.

William B. Jones, as Assignee, etc., of Adam Ports, Respondent, v. Union Free School District No. 6, of the Town of Ellicott, Chautauqua County, N. Y., Appellant.—Judgment affirmed, with costs. All concurred.

In the Matter of the General Assignment of James Taylor, etc., to Stillman F. Kneeland, Appellant. In the Matter of the Claim of Daniel W. Keefe, Respondent.— Order affirmed, with costs. All concurred.

Jonathan B. Hutton, Respondent, v. The Perry Knitting Company, Appellant.—Order denying defendant's motion for a bill of particulars affirmed, with ten dollars costs and disbursements. *Held*, that the defendant must be presumed to be in possession of all the facts respecting the alleged obstruction of the roadway in question, and that the allegation of the complaint as to any loss of custom caused thereby is not such as to entitle the plaintiff to give proof of special damages, and consequently as to that portion of the complaint no bill of particulars is necessary. All concurred.

Charles Belling, Jr., Respondent, v. Arthur E. Roberts, Appellant, Impleaded with Another. —Judgment affirmed, with costs. All concurred.

Horace Wasson and Another, Respondents, v. Katharine Hoff, Appellant, Impleaded, etc.— Ordered, that the order of April twenty-third last, and the judgment entered thereon, dismissing the appeal, be amended so as to provide that the appeal be dismissed, with costs, including ten dollars costs of the motion, unless the appellant within ten days pays the costs of the motion; and procures a stipulation from the respondent opening the default and allowing the case and exceptions to be signed and filed, or serves motion papers for the earliest term practicable for

52r 634
s164a 577